## Commonwealth *v.* Barbry, Appellant.

Submitted September 14, 1970. *Ernest L. Barbry,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Barnwell, Appellant.

Submitted September 14, 1970. *Joseph Barnwell,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.